UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT J. WALKER,

                      Plaintiff,                      **SCHEDULING ORDER**

    -against-                                21-cv-2975 (KMK) (AEK)

OFFICER TROOPER TYLER K.
CARROZZO, *et al.*,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Thursday, September 14, 2023, at 1:30 p.m.**

      On or before Tuesday, September 12, 2023, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. Between the date of this order and September 8, 2023, Plaintiff must make at least *new* one concrete settlement demand, and Defendants must make at least one *new* concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences, and Plaintiff therefore must participate. As current or former New York State employees who will not have the authority to approve or reject a settlement, however, Defendants Carrozzo and Ranno are not required to appear. Instead, defense counsel must arrange to have the appropriate representative from the Attorney General's Office and/or the

New York State Police either attend the conference or be available by telephone during the conference to approve any proposed settlement.

   This conference will be conducted by video, using Microsoft Teams.  A link and instructions will be provided to the parties by email prior to the conference.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: August 28, 2023
     White Plains, New York

                     **SO ORDERED.**

                     _____
                     ANDREW E. KRAUSE
                     United States Magistrate Judge